■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALANZO THOMAS, Appellant.—Appeal unanimously dismissed *(see, People v Skaar,* 97 AD2d 484). (Appeal from Judgment of Supreme Court, Erie County, Notaro, J.—Violation of Proba-

tion.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.